**Sulyaman Alislam WASALAAM, Plaintiff-Appellant,**

v.

**Detective Christ YOUNG; Chief Daryl Williams; Scotland County and City of Laurinburg Police Department Detention Center; Sheriff Ralph Kersey, Defendants-Appellees.**

No. 16-7411

United States Court of Appeals, Fourth Circuit.

Submitted: February 17, 2017

Decided: February 28, 2017

Sulyaman Alislam Wasalaam, Appellant Pro Se.

Before TRAXLER, SHEDD, and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sulyaman Alislam Wasalaam appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Wasalaam v. Young, No. 1:16-cv-01068-WO-LPA, 2016 WL 5415766 (M.D.N.C. Sept. 28, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED